UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK COLSTON,

    Plaintiff,

v.

BOSTON MARKET CORPORATION, *et al.*,

    Defendants.
    _____/

Case No. 17-10076

Honorable Nancy G. Edmunds

# OPINION & ORDER  ACCEPTING THE MAGISTRATE JUDGE'S AUGUST 18, 2017 REPORT AND RECOMMENDATION [32]

Currently before the Court is the magistrate judge's August 18, 2017 report and recommendation. The Court is fully advised in the premises and has reviewed the record and the pleadings. Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 09-10933, 2012 WL 3639070, at *1 (E.D.Mich. Aug. 24, 2012) (citation omitted). The Court nevertheless agrees with the magistrate judge's recommendation. The Court therefore ACCEPTS and ADOPTS the magistrate judge's report and recommendation.

It is further ordered that Plaintiff's Complaint is hereby DISMISSED without prejudice to refiling in the appropriate jurisdiction.

    SO ORDERED.

                              s/Nancy G. Edmunds
                              Nancy G. Edmunds
                              United States District Judge

Dated: November 6, 2017

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 6, 2017, by electronic and/or ordinary mail.

                                        s/Carol J. Bethel
                                        Case Manager